respondents.

No. 965. NELSON v. JADRIJEVICS. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. P. M. Milner* for petitioner. No appearance for respondent.

No. 987. MORSE ET AL. v. UNITED STATES. June 4, 1934. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Marvin Farrington* and *Robert Cushman* for petitioners. *Solicitor General Biggs, Assistant Attorney General Sweeney,* and *Messrs. Paul A. Sweeney* and *H. Brian Holland* for the United States.

No. 997. GUARDIAN TRUST CO. ET AL. v. KEITH ET AL. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Archer Wheatley, Justin D. Bowersock,* and *John F. Rhodes* for petitioners. No appearance for respondents.

No. 998. McINTOSH v. SEYMOUR, TRUSTEE IN BANKRUPTCY, ET AL. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Louis E. Hart* for petitioner. *Mr. Thomas S. Tobin* for respondents.

No. 999. BENSINGER, TRUSTEE, ET AL. v. HILLES ET AL. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.